No. 94–6147. PAYTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6154. FORD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–6156. MCCULLOUGH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6159. BASHFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6161. WILSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6165. CARVER *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 94–6167. RIMELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6171. BAUGH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6177. RIDINGS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6182. LAVIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6185. WADDELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6186. THOMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6190. VETETO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6191. MARTIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6192. LONGENETTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6193. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.